MORRIS PARK ESTATES, Respondent, Appellant, v. JOSEPH P. DAY and Another. Appellants, Respondents.— Judgment affirmed, without costs.

No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.